AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 04/16/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 7614 United States Courthouse Sixth & Markets Streets Philadelphia, PA 19106-1752 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2009 APR 27 A 10: 15
RECEIVED

Pratter_Gene_E

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | PMA Capital Corporation (Sr. VP & General Counsel) |
| 2. 2008 | Commonwealth of Pennsylvania (Executive Deputy General Counsel) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Total Bond Market Index - Retirement #1 | A | Dividend | | | Buy (add'l) | 1/15 | J | | |
| 2. Vanguard Total Bond Market Index - Retirement #1 | | None | | | Sold | 2/1 | L | B | |
| 3. Vanguard Index 500 - Retirement #1 | | None | | | Buy (add'l) | 1/15 | L | | |
| 4. Vanguard Index 500 - Retirement #1 | | None | | | Sold | 2/1 | L | C | |
| 5. Vanguard Windsor II - Retirement #1 | | None | | | Buy (add'l) | 1/15 | J | | |
| 6. Vanguard Windsor II - Retirement #1 | | None | | | Sold | 2/1 | J | A | |
| 7. Vanguard International Growth - Retirement #1 | | None | | . | Buy (add'l) | 1/15 | J | | |
| 8. Vanguard International Growth - Retirement #1 | | None | | | Sold | 2/1 | L | C | |
| 9. PMA Common Stock - Retirement #1 | | None | | | Buy (add'l) | 1/15 | J | | |
| 10. PMA Common Stock - Retirement #1 | | None | | | Sold | 2/1 | L | B | |
| 11. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy (add'l) | 4/15 | J | | |
| 12. Vanguard Total Bond Market Index - Retirement #2 | | None | | | Buy (add'l) | 7/15 | J | | |
| 13. Vanguard Total Bond Market Index - Retirement #2 | | None | | | Buy (add'l) | 10/15 | J | | |
| 14. Vanguard Index 500 - Retirement #2 | A | Dividend | K | T | Buy (add'l) | 4/15 | J | | |
| 15. Vanguard Index 500 - Retirement #2 | | None | | | Buy (add'l) | 7/15 | J | | |
| 16. Vanguard Index 500 - Retirement #2 | | None | | | Buy (add'l) | 10/15 | J | | |
| 17. Vanguard Windsor II - Retirement #2 | B | Dividend | K | T | Buy (add'l) | 4/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - $2,500 | C =S2,501 - S5,000 | D =$5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - S1,000,000 | P1 =$1,000,001 - S5,000,000 | P2 =$5,000,001 - S25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Windsor II - Retirement #2 | | None | | | Buy (add'l) | 7/15 | J | | |
| 19. Vanguard Windsor II - Retirement #2 | | None | | | Buy (add'l) | 10/15 | J | | |
| 20. Vanguard International Growth - Retirement #2 | B | Dividend | K | T | Buy (add'l) | 4/15 | J | | |
| 21. Vanguard International Growth - Retirement #2 | | None | | | Buy (add'l) | 7/15 | J | | |
| 22. Vanguard International Growth - Retirement #2 | | None | | | Buy (add'l) | 10/15 | J | | |
| 23. Adams Harkness Small Growth - Retirement #5 | A | Dividend | J | T | Buy | 10/30 | J | | |
| 24. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 25. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 26. Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | K | T | | | | | |
| 27. First Eagle Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 28. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 29. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 30. NB Genesis - Retirement #5 | A | Dividend | | | Sold | 10/30 | J | A | See note in Part VIII |
| 31. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 32. Westcore MIDCO Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 33. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 34. William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 36. PMA Common Stock - Retirement #6 | | None | | | Sold | 3/18 | K | A | |
| 37. Baron Growth - Retirement #6 | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 38. First Eagle Overseas - Retirement #6 | A | Dividend | J | T | Buy | 4/9 | J | | |
| 39. Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |
| 40. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 41. Thornburg Value - Retirement #6 | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 42. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 43. Janus Fund - Retirement #6 | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 44. Sound Shore - Retirement#6 | A | Dividend | J | T | Buy (add'l) | 4/9 | J | | |
| 45. Third Avenue Int'l Value - Retirement #6 | A | Dividend | J | T | Buy | 4/9 | J | | |
| 46. StoneRidge Small Cap - Retirement #7 | | None | | | Sold | 8/28 | K | A | |
| 47. Baron Growth - Retirement #7 | A | Dividend | L | T | Buy (add'l) | 8/28 | J | | |
| 48. Brandywine - Retirement#7 | A | Dividend | L | T | | | | | |
| 49. DFA US Micro Cap - Retirement #7 | A | Dividend | K | T | | | | | |
| 50. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | K | T | | | | | |
| 51. DFA International Small Value - Retirement #7 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. DFA International Value - Retirement #7 | D | Dividend | M | T | Buy (add'l) | 10/8 | J | | |
| 53. DFA One Year Fixed - Retirement #7 | D | Dividend | N | T | | | | | |
| 54. DFA US Small Cap Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 55. DFA US Large Cap Value - Retirement #7 | C | Dividend | L | T | | | | | |
| 56. Dodge & Cox Stock - Retirement #7 | D | Dividend | L | T | | | | | |
| 57. Federated US Gov't 1 - 3 - Retirement #7 | D | Dividend | M | T | | | | | |
| 58. First Eagle Overseas - Retirement #7 | D | Dividend | L | T | | | | | |
| 59. Hotchkis & Wiley Mid Cap Value - Retirement #7 | A | Dividend | L | T | | | | | |
| 60. Artio International Equity - Retirement #7 | B | Dividend | K | T | | | | | See note in Part VIII |
| 61. Morgan Stanley International Equity - Retirement #7 | D | Dividend | M | T | | | | | |
| 62. Morgan Stanley Emerging Markets - Retirement #7 | C | Dividend | K | T | | | | | |
| 63. Royce Micro Cap - Retirement #7 | A | Dividend | J | T | Buy | 4/28 | J | | |
| 64. Royce Opportunity - Retirement #7 | B | Dividend | K | T | | | | | |
| 65. Schwab Money Market - Retirement #7 | A | Dividend | K | T | | | | | |
| 66. Westcore International Frontier - Retirement #7 | A | Dividend | K | T | | | | | |
| 67. Westcore Mid Cap Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 68. Westcore MIDCO Growth - Retirement #7 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. William Blair International Growth - Retirement #7 | C | Dividend | L | T | | | | | |
| 70. Janus Fund - Retirement #7 | A | Dividend | L | T | | | | | |
| 71. Janus Overseas - Retirement #7 | C | Dividend | L | T | Buy (add'l) | 10/8 | K | | |
| 72. Hotchkis & Wiley Large Cap Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 73. Royce Value Plus - Retirement #7 | A | Dividend | K | T | | | | | |
| 74. Third Avenue International Value - Retirement #7 | B | Dividend | L | T | Buy (add'l) | 10/8 | J | | |
| 75. Turner Core Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 76. William Blair Large Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 77. Schwab Value Advantage - Retirement #7 | C | Dividend | N | T | | | | | |
| 78. Adams Harkness Small Gowth - Retirement #7 | B | Dividend | L | T | Buy | 8/28 | K | | |
| 79. William Blair Int'l Small Growth - Retirement #7 | A | Dividend | J | T | Buy | 10/8 | J | | |
| 80. Schwab Money Market - Trust #1 | A | Dividend | K | T | | | | | |
| 81. Dodge & Cox Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 82. Schroder Short Term Muni - Trust #1 | B | Dividend | K | T | Sold (part) | 3/18 | J | A | |
| 83. | | | | | Sold | 10/8 | J | A | |
| 84. Baron Growth - Trust #1 | A | Dividend | J | T | | | | | |
| 85. Brandywine - Trust #1 | A | Dividend | | | Sold | 12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Sold (part) | 2/1 | J | A | |
| 87.  First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 88.  Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | J | T | | | | | |
| 89.  Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | Buy (add'l) | 2/1 | J | | |
| 90.  Janus Fund - Trust #1 | A | Dividend | K | T | Sold (part) | 2/1 | J | A | |
| 91.  Janus Overseas - Trust #1 | A | Dividend | J | T | Sold (part) | 2/1 | J | C | |
| 92.  Artio International Equity - Trust #1 | A | Dividend | K | T | | | | | See note in Part VIII |
| 93.  Morgan Stanley International Equity - Trust #1 | B | Dividend | K | T | | | | | |
| 94.  Morgan Stanley Emerging Markets - Trust #1 | B | Dividend | J | T | | | | | |
| 95.  NB Genesis - Trust #1 | A | Dividend | | | Sold | 10/30 | J | A | See note in Part VIII |
| 96.  Royce Opportunity - Trust #1 | A | Dividend | J | T | | | | | |
| 97.  Turner Core Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 98.  Westcore Mid Cap Value - Trust #1 | A | Dividend | J | T | | | | | |
| 99.  Westcore MIDCO Growth - Trust #1 | B | Dividend | K | T | Buy (add'l) | 2/1 | J | | |
| 100.  DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |
| 101.  DFA Tax Managed US Targeted Value - Trust #1 | A | Dividend | | | Sold | 12/17 | J | A | |
| 102.  DFA US Micro Cap - Trust #1 | A | Dividend | J | T | Buy (add'l) | 2/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Third Avenue International Value - Trust #1 | A | Dividend | K | T | Buy (add'l) | 10/8 | J | | |
| 104. Westcore International Frontier - Trust #1 | A | Dividend | J | T | | | | | |
| 105. DFA Tax Mgd Int'l Value - Trust #1 | A | Dividend | | | Sold | 12/17 | J | A | |
| 106. DFA Int'l Value - Trust #1 | | None | J | T | Buy | 12/17 | J | | |
| 107. DFA US Small Value - Trust #1 | | None | J | T | Buy | 12/17 | J | | |
| 108. Turner Small Cap Equity - Trust #1 | A | Dividend | J | T | Buy | 10/30 | J | | |
| 109. William Blair Mid Growth - Trust #1 | A | Dividend | J | T | Buy | 12/17 | J | | |
| 110. Baron Growth - Brokerage #1 | A | Dividend | K | T | | | | | |
| 111. Brandywine Fund - Brokerage #1 | A | Dividend | | | Sold | 12/17 | J | A | |
| 112. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 113. DFA Tax Mgd US Targeted Value - Brokerage #1 | A | Dividend | | | Sold | 12/17 | K | A | |
| 114. DFA US Small Value - Brokerage #1 | | None | K | T | Buy | 12/17 | K | | |
| 115. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | | | | | |
| 116. DFA Tax Mgd International Value - Brokerage #1 | B | Dividend | K | T | | | | | |
| 117. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 118. Federated Short Term Muni - Brokerage #1 | B | Dividend | | | Sold (part) | 8/11 | K | A | |
| 119. | | | | | Sold | 9/3 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. First Eagle Overseas - Brokerage #1 | B | Dividend | K | T | | | | | |
| 121. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 122. Janus Overseas - Brokerage #1 | A | Dividend | K | T | | | | | |
| 123. Janus Mid Cap Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 124. Artio International Equity - Brokerage #1 | A | Dividend | J | T | | | | | See Note in Part VIII |
| 125. Morgan Stanley International Equity - Brokerage #1 | B | Dividend | K | T | | | | | |
| 126. PMA Capital Common Stock - Brokerage #1 | | None | | | Sold | 3/18 | M | A | |
| 127. Schwab Money Market - Brokerage #1 | C | Dividend | M | T | | | | | |
| 128. Schwab Muni Value Advantage - Brokerage #1 | A | Dividend | | | Sold | 8/11 | K | A | |
| 129. Sound Shore - Brokerage #1 | A | Dividend | K | T | | | | | |
| 130. Westcore MIDCO Growth - Brokerage #1 | B | Dividend | K | T | | | | | |
| 131. Schroder Short Term Muni - Brokerage #1 | C | Dividend | L | T | | | | | |
| 132. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 133. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 134. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | | | | | |
| 135. Third Avenue International Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 136. Thornburg Int'l Value - Brokerage #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 138. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | | | | | |
| 139. William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | | | | | |
| 140. William Blair Mid Growth - Brokerage #1 | A | Dividend | J | T | Buy | 12/17 | J | | |
| 141. Baron Growth - Brokerage #2 | A | Dividend | J | T | | | | | |
| 142. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 143. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 144. DFA Tax Mgd US Targeted Value - Brokerage #2 | A | Dividend | | | Sold | 12/17 | J | A | |
| 145. DFA US Small Value - Brokerage #2 | | None | J | T | Buy | 12/17 | J | | |
| 146. DFA Tax Mgd Int'l Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 147. Dodge & Cox Stock - Brokerage #2 | B | Dividend | K | T | | | | | |
| 148. Federated Short Term Muni - Brokerage #2 | B | Dividend | K | T | | | | | |
| 149. First Eagle Overseas - Brokerage #2 | B | Dividend | J | T | | | | | |
| 150. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 151. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 152. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 153. Janus Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Artio International Equity - Brokerage #2 | A | Dividend | K | T | | | | | See Note in Part VIII |
| 155. Morgan Stanley International Equity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 156. Morgan Stanley Emerging Markets - Brokerage #2 | B | Dividend | J | T | | | | | |
| 157. NB Genesis - Brokerage #2 | A | Dividend | | | Sold | 10/30 | J | A | See Note in Part VIII |
| 158. Royce Opportunity - Brokerage #2 | A | Dividend | J | T | | | | | |
| 159. Schwab Money Market - Brokerage #2 | A | Dividend | K | T | | | | | |
| 160. Schwab Muni Value Advantage - Brokerage #2 | A | Dividend | K | T | | | | | |
| 161. Schroder Short Term Muni - Brokerage #2 | C | Dividend | L | T | | | | | |
| 162. Third Avenue International Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 163. Turner Core Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 164. Turner Small Cap Equity - Brokerage #2 | A | Dividend | J | T | Buy | 10/30 | J | | |
| 165. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 166. Westcore MIDCO Growth - Brokerage #2 | B | Dividend | K | T | | | | | |
| 167. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | | | | | |
| 168. DFA One Year Fixed - Retirement #8 | D | Dividend | N | T | Sold (part) | 10/8 | K | A | |
| 169. Federated US Gov't 1 - 3 - Retirement #8 | D | Dividend | M | T | | | | | |
| 170. Adams Harkness Small Growth - Retirement #8 | A | Dividend | K | T | Buy | 8/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Baron Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 172. Brandywine Fund - Retirement #8 | A | Dividend | K | T | | | | | |
| 173. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | K | T | | | | | |
| 174. DFA International Value - Retirement #8 | C | Dividend | L | T | Buy (add'l) | 10/8 | J | | |
| 175. DFA US Large Cap Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 176. DFA US Small Cap Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 177. DFA US Micro Cap - Retirement #8 | A | Dividend | K | T | Buy (add'l) | 2/1 | J | | |
| 178. Dodge & Cox Stock - Retirement #8 | C | Dividend | K | T | | | | | |
| 179. DFA Int'l Small Cap Value - Retirement #8 | A | Dividend | K | T | Buy (add'l) | 10/8 | J | | |
| 180. First Eagle Overseas - Retirement #8 | C | Dividend | K | T | | | | | |
| 181. Hotchkis & Wiley Large Cap Value - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 10/8 | J | | |
| 182. Hotchkis & Wiley Mid Cap Value - Retirement #8 | A | Dividend | K | T | Buy (add'l) | 2/1 | K | | |
| 183. Janus Fund - Retirement #8 | A | Dividend | L | T | Sold (part) | 2/1 | J | C | |
| 184. Janus Mid Cap Value - Retirement #8 | B | Dividend | K | T | | | | | |
| 185. Janus Overseas - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 10/8 | J | | |
| 186. Artio International Equity - Retirement #8 | A | Dividend | K | T | | | | | |
| 187. Morgan Stanley Emerging Markets - Retirement #8 | C | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Morgan Stanley International Equity - Retirement #8 | D | Dividend | L | T | | | | | |
| 189. NB Genesis - Retirement #8 | B | Dividend | | | Sold | 10/30 | K | A | See Note in Part VIII |
| 190. Royce Opportunity - Retirement #8 | B | Dividend | K | T | | | | | |
| 191. Royce Value Plus - Retirement #8 | A | Dividend | K | T | | | | | |
| 192. Schwab Money Market - Retirement #8 | B | Dividend | K | T | | | | | |
| 193. StoneRidge Small Cap Equity - Retirement # 8 | | None | | | Sold | 8/28 | K | A | |
| 194. Third Avenue International Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 195. Turner Core Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 196. Turner Small Cap Equity - Retirement #8 | A | Dividend | K | | Buy | 10/30 | K | | |
| 197. Westcore International Frontier - Retirement #8 | A | Dividend | K | T | | | | | |
| 198. Westcore Mid Cap Value - Retirement #8 | A | Dividend | L | T | Sold (part) | 2/1 | K | B | |
| 199. Westcore MIDCO Growth - Retirement #8 | C | Dividend | L | T | Buy (add'l) | 10/8 | J | | |
| 200. William Blair International Growth - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 10/8 | J | | |
| 201. William Blair Large Cap Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 202. William Blair Intl Small Growth - Retirement #8 | A | Dividend | J | T | Buy | 10/8 | J | | |
| 203. Equitable Variable Life - Alliance Common Stock | | None | L | T | Buy (add'l) | 1/18 | J | | |
| 204. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 4/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 7/22 | J | | |
| 206. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 10/20 | J | | |
| 207. Equitable Variable Life - Alliance International | | None | K | T | Buy (add'l) | 1/18 | J | | |
| 208. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 4/21 | J | | |
| 209. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 7/22 | J | | |
| 210. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 10/20 | J | | |
| 211. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 212. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 213. PNC Bank Accounts | A | Dividend | K | T | | | | | |
| 214. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 215. Wescott Nova LP | | None | K | T | | | | | |
| 216. PMA Restricted Stock | | None | | | Sold | 3/27 | M | A | |
| 217. AT & T Common Stock (X) | A | Dividend | | | Donated | | | | |
| 218. Nationwide Financial Services Common Stock (X) | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII, lines 17, 82, 144 and 176. NB Genesis was formerly known as NB Fasciano. The name changed in August, 2008.

2. Section VII, lines 47. 79, 111 and 141. Artio International Equity was formerly known as Julius Baer International Equity. The name changed in October, 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/16/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544